UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff(s), | ) | |
| vs. | ) Case No. | 4:98CR00501 ERW |
| | ) | 4:03CR00171 CEJ |
| ALLISON BROWN, | ) | 4:08CR00549 CDP |
| Defendant(s). | ) | |

## ORDER

This matter comes before the Court on Motion for Bond / Furlough [doc. #74 - filed in 4:98CR00501 ERW] by Defendant Allison Brown.

The Court has carefully reviewed the Motion for Bond / Furlough and the Probation file. It is the Court's view that no finding can be made that Defendant Allison Brown would present no flight risk or a danger to others. Additionally, the Court has no authority to order the Marshals Service to transport Ms. Brown to visit her father.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Bond / Furlough [doc. #74] is **DENIED**.

So Ordered this 26th day of  November , 2008.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE